# EXHIBIT 1

# EXHIBIT 1





Welcome Guest ( Log In | Register )

▷ Killer Frogs [.com] v. 2.1 > Horned Frog Athletics > Frog Fan Forum

Las Vegas Review-Journal: Willis' 30 points propel UNLV past TCU   Options ▼

**TopFrog**   ☐ Jan 24 2010, 07:28 AM   Post #1

http://www.lvrj.com/sports/willis-30-point...u-82543722.html

Member

Group: Paid Member – Tier 1
Posts: 47,512
Joined: 25-May 07
From: Mineral Wells, Texas



Willis drives against TCU's Ronnie Moss during the second half.
Photo by The Associated Press

### 'MWC'S BEST PLAYER': Willis' 30 points propel UNLV past TCU

Rebel's 30 points enough to sway TCU

BY MATT YOUMANS
LAS VEGAS REVIEW-JOURNAL



FORT WORTH, Texas -- It took some time for Tre'Von Willis to show it, but what he's doing now is what he always expected. Never has the UNLV junior guard played better basketball.

His immense scoring abilities are no longer a secret, and he's collecting admirers around the Mountain West Conference.

"To me, to this point and from what I've seen, he's the best player in the league," Texas Christian coach Jim Christian said.

Willis scored a career-high 30 points and sophomore forward Chace Stanback tied his career high with 19, carrying the Rebels to a 79-70 victory over the Horned Frogs on Saturday.

Willis and Stanback combined to score 21 consecutive points for UNLV (16-4, 4-2 MWC) late in the second half.

"That's crazy. I didn't know that," Stanback said. "We kind of feed off each other. When Tre gets the ball, I know he's going to attack, and if he doesn't have it, he's going to look for me."

Willis has scored 20 points or more in all six conference games.

"I'm definitely starting to get in my groove right now," Willis said. "I'm the type of person who expects a lot of myself. My expectations are very high."

Willis' 13 points pushed the Rebels to a 38-30 halftime lead, but they were unable to run away with the game. The Horned Frogs fought back to tie the score at 60 on Ronnie Moss' three-point play with 8:35 remaining.

Stanback and Willis strung together the next nine points, with Willis' only 3-pointer putting UNLV up 69-60 with 4:30 left.

"The defense has got to pick their poison a little bit and either focus on me or focus on Chace," said Willis, who shot 9-for-14 from the field and 11-for-14 on free throws.

After Willis missed two free throws, Zvonko Buljan's layup pulled TCU to within 72-70 with 1:05 remaining, inciting the crowd of 4,270 at Daniel-Meyer Coliseum. Willis was fouled on a drive and made two free throws with 50 seconds left.

Stanback then quieted the crowd. He stole a pass, was fouled by Buljan and made two free throws with 35 seconds left to make the score 76-70. Stanback shot 8-for-12 and matched his 19 points in the Rebels' victory at Colorado State on Wednesday.

Willis became the first UNLV player to register a 30-point game since Wink Adams scored 33 in a victory against Wyoming on Jan. 23, 2008.

"It's great to see Tre and Chace do what they're doing," Rebels coach Lon Kruger said. "Tre just played at a great pace. He was not rushing anything.

"I like what he's doing right now. His game continues to mature. He's playing with such a high level of confidence, he's hard to guard."

The 6-foot-4-inch Willis used his size and strength to drive by and shoot over an assortment of TCU defenders, most often the 6-2 Moss and 6-2 Xavier Roberson.

"I was getting the ball in the 15-, 18-foot range with smaller defenders on me," said Willis, who also had six rebounds and four assists. "I had a lot of one-on-one situations, and I tried to take advantage of that."

UNLV was able to exploit mismatches all over the floor en route to shooting a season-high 59.2 percent (29-for-49). Willis was the offense's impetus.

"He's such a hard matchup because he's got great size, he can post, he can shoot 3s, he drives the ball and he's hard to foul," Christian said.

Willis was limited to 11 points last January, when UNLV was upset 80-73 by the Horned Frogs in Fort Worth.

"We came into this building last year and went home disappointed," Willis said. "We knew this was a big game."

Nikola Cerina led the Horned Frogs (10-10, 2-3) with 14 points. Buljan and Greg Hill each scored 13 for TCU, which stuck close by hitting 11 of 27 3-pointers.

The Rebels also showed off a stronger inside presence, as big men Matt Shaw, Brice Massamba and Darris Santee combined for 22 points on 9-for-10 shooting.

Kruger started Massamba in place of Shaw, who came off the bench for the first time since Dec. 12. Shaw made 2 of 3 3-pointers and finished with 10 points.

Contact reporter Matt Youmans at myoumans@reviewjournal.com or 702-387-2907.

UNLV 79
Texas Christian 70

UNLV Min FG-A FT-A R A PF TP
Stanback 26 8-12 2-2 4 1 1 19
Massamba 16 2-2 2-2 0 0 3 6
Bellfield 33 1-4 1-1 1 5 1 3
Jasper 27 2-3 1-2 9 2 2 5
Willis 31 9-14 11-14 6 4 2 30
Wallace 22 0-5 0-0 0 0 1 0
Marshall 10 0-0 0-0 3 4 1 0
Jones 6 0-0 0-0 2 0 0 0
Hawkins 6 0-1 0-0 0 0 1 0
Shaw 9 4-5 0-0 1 0 2 10
Santee 14 3-3 0-0 2 0 2 6
TOTALS 200 29-49 17-21 29 16 16 79
Field goals--59.2%. Free throws--81.0%.
Three-point goals--4-15, .267 (Shaw 2-3, Stanback 1-3, Willis 1-4, Bellfield 0-1, Wallace 0-4).
Team rebounds--1. Blocked shots--2 (Bellfield, Willis). Turnovers--12 (Bellfield 3, Santee 2, Willis 2, Wallace, Marshall, Jasper, Jones, Stanback). Steals--3 (Jasper, Hawkins, Willis).

TCU Min FG-A FT-A R A PF TP
Buljan 36 4-10 4-4 5 4 3 13
Cerina 31 4-7 6-11 2 0 3 14
Moss 37 3-8 1-1 4 6 2 9
Ruzgas 28 3-6 2-2 1 0 0 11
Mitchem 20 0-2 0-0 3 2 1 0
Roberson 18 2-4 0-0 1 1 5 6
Butler 12 2-2 0-0 3 0 1 4
Hill 18 4-9 2-3 1 0 3 13
TOTALS 200 22-48 15-21 23 13 18 70
Field goals--45.8%. Free throws--71.4%.
Three-point goals--11-27, .407 (Ruzgas 3-6, Hill 3-7, Roberson 2-3, Moss 2-6, Buljan 1-4, Mitchem 0-1). Team rebounds--3. Blocked shots--1 (Moss). Turnovers--11 (Moss 4, Cerina 2, Buljan, Butler, Hill, Ruzgas, Mitchem). Steals--5 (Buljan 2, Roberson, Hill, Mitchem).

A--4,270. Officials--Rick Batsell, Lonnie Dixon, Duane Allen. Technical fouls--None.

UNLV 38 41 -- 79
Texas Christian 30 40 -- 70

----------------
Hey Dutch, I brought my skates!
----------------

"FOOTBALL .. is a game played by MEN! Not a bunch of damn sissies and city slickers from Dallas!"
- Dan Jenkins, from the book "When the Frogs Were Princes."

Las Vegas Review-Journal: Willis' 30 points propel UNLV past TCU - Killer Frogs [.com...   Page 4 of 4

[Enter Keywords]  [Search Topic]

• Next Oldest • Frog Fan Forum • Next Newest •

2 User(s) are reading this topic (2 Guests and 0 Anonymous Users)
0 Members:

|-- Frog Fan Forum                                         [Go]

Lo-Fi Version                          Time is now: 15th March 2010 - 11:34 AM

Powered By IP-Board 2.2.2 © 2010 IPS, Inc.
Licensed to: Wes Phelan, Killer Frogs Inc.

Killer Frogs is an independent Fan Site and is not affiliated with Texas Christian University or the Texas Christian University Athletic Department, it would like to be, but it isn't--that's the way it works--thus, Killer Frogs is privately owned and operated by several wonderful, intelligent, articulate and courageous owners.

In Loving Memory of **Cameron Phelan** and **Molly Hesselbrock** -- Dedicated to **Coach Killingsworth** [1923 - 2007]
Banner Photo Copyright: Keith Robinson

# EXHIBIT 2

# EXHIBIT 2





Welcome Guest ( Log In | Register )

▷ **Killer Frogs [.com] v. 2.1 > Horned Frog Athletics > Frog Fan Forum**



| Las Vegas Review Journal: Oddsmakers wary of siding with favored Mountain West teams | Options ▼ |

**TopFrog**



Member

Group: **Paid Member - Tier 1**
Posts: 47,935
Joined: 25-May 07
From: Mineral Wells, Texas

Mar 15 2010, 05:32 AM          Post #1

http://www.lvrj.com/sports/oddsmakers-wary...s-87639167.html

### MATT YOUMANS: Oddsmakers wary of siding with favored Mountain West teams

When he was washing dishes at a seafood restaurant five years ago, Anthony Johnson was an unlikely candidate to play a starring role in this NCAA Tournament. But his story is not a fish tale.

Johnson will lead Montana against New Mexico in an East Region first-round game on Thursday. Predictably, the Grizzlies are underdogs. Don't count them out, though.

"Montana is a 'dog that I think has a good chance," Las Vegas Sports Consultants oddsmaker Ken White said.

In the Big Sky Conference title game, Johnson, a senior guard, scored 34 of his 42 points in the second half as the Grizzlies overcame a 20-point deficit to beat Weber State, 66-65. More on Johnson later.

New Mexico is one of a record four Mountain West Conference teams to make the NCAA's 65-team field. Two of those teams are favorites.

LVSC opened the Lobos as 10-point favorites over Montana, and the line dropped to 9 on Sunday night, when the sharpest bettors were picking off what they perceived to be the best numbers.

Brigham Young, carried by sharp-shooting guard Jimmer Fredette, opened as a 3½-point favorite over Florida. The Cougars struggled to beat Texas Christian in the MWC tournament before falling to UNLV in the semifinals.

White said the Gators, who survived the NCAA bubble, are quicker, more athletic and capable of a minor upset.

"BYU just didn't impress me against TCU and UNLV. If you can put some pressure on Jimmer, they could be in trouble because they don't have a real strong No. 2 scorer," White said. "I think Florida has got a great shot to win that game."

Fredette was phenomenal last week in Las Vegas, scoring a total of 75 points in two games. But

New Mexico was not at its best, barely holding off Air Force and losing to San Diego State.

The Aztecs, whose No. 11 seed was lower than expected, are 3½-point underdogs to Tennessee. LVSC opened the Rebels as 1½-point underdogs to Northern Iowa, but the Las Vegas Hilton and MGM Mirage sports books posted the line at pick'em.

The wrong team might have opened as the favorite in the Gonzaga-Florida State game. LVSC opened the Bulldogs minus-1½, but the line shifted to the Seminoles' side (-1) at the Hilton.

"I think Florida State, which has got far superior athletes, is going to end up being the favorite," White said. "The Zags, as I've said most of the year, they're not as good as people think."

How good is Purdue without injured forward Robbie Hummel, the team's most valuable player?

Greg Anthony, a CBS analyst and former UNLV star, made this Las Vegas-themed statement when the brackets were unveiled: "Could we possibly have a scenario where a 13 seed is favored over a 4 seed?"

But the Boilermakers, who have won 11 consecutive NCAA first-round games, opened as 4-point favorites over Siena. When various TV analysts made predictions, the Saints were a popular upset pick.

"That's going to be an interesting game because I'm sure Purdue, which is getting no respect, is going to be ready to play," White said. "They are a lame-duck team because they lost Hummel, but that's still a really talented team."

Butler, a No. 5 seed, is favored by just 2½ points over Texas-El Paso, but White made the line 5.

The Bulldogs, 28-4 and 18-0 in the Horizon League, boast four double-digit scorers in Gordon Hayward, Shelvin Mack, Matt Howard and Willie Veasley. The Miners are led by high-scoring guard Randy Culpepper and forward Derrick Caracter.

"I do like Butler. That's the kind of team you want to bet on," White said. "I love their frontcourt with Howard and Hayward."

In another intriguing matchup, White gives Oklahoma State, a 1-point favorite over Georgia Tech, a slight nod.

"I thought Oklahoma State has the edge just because of James Anderson, the best player on the court," White said.

Three more underdogs to watch, White said, are Morgan State (+17½) against West Virginia, Oakland (+10½) against Pittsburgh and Wofford (+10) against Wisconsin.

And don't forget about Montana and its unlikely star.

Johnson was washing dishes and saving money to buy a car in 2005, when his future wife lobbied to get him a junior-college tryout. He already has made a great underdog story, and it could get better.

*Contact Las Vegas Review-Journal sports betting columnist Matt Youmans at myoumans@reviewjournal.com or 702-387-2907.*

---

### Hey Dutch, I brought my skates!

"FOOTBALL...is a game played by MEN! Not a bunch of damn sissies and city slickers from Dallas!"
- *Dan Jenkins, from the book "When the Frogs Were Princes."*



TOP                                                                          QUOTE  REPLY

Enter Keywords    Search Topic                    « Next Oldest · **Frog Fan Forum** · Next Newest »

AddReply  NewTopic

1 User(s) are reading this topic (1 Guests and 0 Anonymous Users)
0 Members:

|-- Frog Fan Forum                                                                Go

RSS                              Lo-Fi Version                     Time is now: 26th March 2010 - 04:46 PM

Powered By IP.Board 2.2.2 © 2010 IPS, Inc.
Licensed to: Wes Phelan, Killer Frogs Inc.

Killer Frogs is an Independent Fan Site and is not affiliated with Texas Christian University or the Texas Christian University Athletic Department, it would like to be, but it isn't--that's the way it works--thus, Killer Frogs is privately owned and operated by several wonderful, intelligent, articulate and courageous owners.

In Loving Memory of **Cameron Phelan** and **Molly Hesselbrock** -- Dedicated to **Coach Killingsworth** [1923 - 2007]
Banner Photo Copyright: Keith Robinson

# EXHIBIT 3

EXHIBIT 3



Las Vegas News, Sports, Business, Entertainment and Classifieds

# REVIEW-JOURNAL

Tuesday
March 16, 2010

Subscribe or Manage your account | E-mail / mobile alerts | Log into the e-Edition

Search

Recent Editions: Tue Mon Sun Sat Fri Thu Wed

HOME  NEWS  SPORTS  BUSINESS  LIVING  ENTERTAINMENT  TRAVEL  OPINION  OBITUARIES        JOBS  AUTOS  HOMES  CLASSIFIEDS & ADS


4-star reviews & recommendations

**Archive Search**

January 24, 2010
Copyright © Las Vegas Review-Journal

## Willis' high output nets lofty praise

Matt Youmans

By MATT YOUMANS

LAS VEGAS REVIEW-JOURNAL

FORT WORTH, Texas -- It took some time for Tre'Von Willis to show it, but what he's doing now is what he always expected. Never has the UNLV junior guard played better basketball.

His immense scoring abilities are no longer a secret, and he's collecting admirers around the Mountain West Conference.

"To me, to this point and from what I've seen, he's the best player in the league," Texas Christian coach Jim Christian said.

Willis scored a career-high 30 points and sophomore forward Chace Stanback tied his career high with 19, carrying the Rebels to a 79-70 victory over the Horned Frogs on Saturday.

Willis and Stanback combined to score 21 consecutive points for UNLV (16-4, 4-2 MWC) late in the second half.

"That's crazy. I didn't know that," Stanback said. "We kind of feed off each other. When Tre gets the ball, I know he's going to attack, and if he doesn't have it, he's going to look for me."

Willis has scored 20 points or more in all six conference games.

"I'm definitely starting to get in my groove right now," Willis said. "I'm the type of person who expects a lot of myself. My expectations are very high."

Willis' 13 points pushed the Rebels to a 38-30 halftime lead, but they were unable to run away with the game. The Horned Frogs fought back to tie the score at 60 on Ronnie Moss' three-point play with 8:35 remaining.

Stanback and Willis strung together the next nine points, with Willis' only 3-pointer putting UNLV up 69-60 with 4:30 left.

"The defense has got to pick their poison a little bit and either focus on me or focus on Chace," said Willis, who shot 9-for-14 from the field and 11-for-14 on free throws.

After Willis missed two free throws, Zvonko Buljan's layup pulled TCU to within 72-70 with 1:05 remaining, inciting the crowd of 4,270 at Daniel-Meyer Coliseum. Willis was fouled on a drive and made two free throws with 50 seconds left.

Stanback then quieted the crowd. He stole a pass, was fouled by Buljan and made two free throws with 35 seconds left to make the score 76-70. Stanback shot 8-for-12 and matched his 19 points in the Rebels' victory at Colorado State on Wednesday.

Willis became the first UNLV player to register a 30-point game since Wink Adams scored 33 in a victory against Wyoming on Jan. 23, 2008.

"It's great to see Tre and Chace do what they're doing," Rebels coach Lon Kruger said. "Tre just played at a great pace. He was not rushing anything.

"I like what he's doing right now. His game continues to mature. He's playing with such a high level of confidence, he's hard to guard."

The 6-foot-4-inch Willis used his size and strength to drive by and shoot over an assortment of TCU defenders, most often the 6-2 Moss and 6-2 Xavier Roberson.

"I was getting the ball in the 15-, 18-foot range with smaller defenders on me," said Willis, who also had six rebounds and four assists. "I had a lot of one-on-one situations, and I tried to take advantage of that."

UNLV was able to exploit mismatches all over the floor en route to shooting a season-high 59.2 percent (29-for-49). Willis was the offense's impetus.

"He's such a hard matchup because he's got great size, he can post, he can shoot 3s, he drives the ball and he's hard to foul," Christian said.

Willis was limited to 11 points last January, when UNLV was upset 80-73 by the Horned Frogs in Fort Worth.

"We came into this building last year and went home disappointed," Willis said. "We knew this was a big game."

Nikola Cerina led the Horned Frogs (10-10, 2-3) with 14 points. Buljan and Greg Hill each scored 13 for TCU, which stuck close by hitting 11 of 27 3-pointers.

The Rebels also showed off a stronger inside presence, as big men Matt Shaw, Brice Massamba and Darris Santee combined for 22 points on 9-for-10 shooting.

Kruger started Massamba in place of Shaw, who came off the bench for the first time since Dec. 12. Shaw made 2 of 3 3-pointers and finished with 10 points.

uFFFC uFFFC

UNLV TEXAS CHRISTIAN

79 70

. KEY: Tre'Von Willis scored a career-high 30 points and combined with Chace Stanback to score 21 consecutive points for the

Case 2:10-cv-00635-LDG-PAL   Document 1-1   Filed 05/04/10   Page 12 of 14

# EXHIBIT 4

EXHIBIT 4

| | |
|---|---|
| Type of Work: | Text |
| Registration Number / Date: | TX0007130511 / 2010-04-21 |
| Application Title: | Willis' high output nets lofty praise. |
| Title: | Willis' high output nets lofty praise. |
| Description: | Print material (record pages if present) |
| Copyright Claimant: | Righthaven LLC, Transfer: By written agreement. |
| Date of Creation: | 2010 |
| Date of Publication: | 2010-01-24 |
| Nation of First Publication: | United States |
| Authorship on Application: | Stephens Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text. |
| Rights and Permissions: | Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States, (702) 527-5900, dbrownell@righthaven.com |
| Names: | Stephens Media LLC<br>Righthaven LLC |